1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

10

11  ANTHONY MARCEL BEARD,                )   1:07-cv-00695-LJO-TAG HC
                                         )
12                                       )   ORDER ADOPTING FINDINGS AND
                        Petitioner,      )   RECOMMENDATION (Doc. 8)
13                                       )
        v.                               )   ORDER DISMISSING PETITION FOR WRIT
14                                       )   OF HABEAS CORPUS (Doc. 1)
                                         )
15  SUPERIOR COURT OF FRESNO             )   ORDER DIRECTING CLERK OF COURT
    COUNTY,                              )   TO ENTER JUDGMENT
16                                       )
                                         )
17                      Respondent.      )
                                         )
18  _____ )

19

20      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

21  pursuant to 28 U.S.C. § 2254.

22      On January 15, 2008, the Magistrate Judge assigned to the case filed a Findings and

23  Recommendation recommending the petition for writ of habeas corpus be dismissed because the

24  federal court should abstain under Younger v. Harris, 401 U.S. 37 (1971).  (Doc. 8).  This

25  Findings and Recommendation was served on all parties and contained notice that any objections

26  were to be filed within twenty days from the date of service of that order.  To date, the parties

27  have not filed timely objections to the Findings and Recommendation.

28      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

1   a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

2   the Magistrate Judge's Findings and Recommendation is supported by the record and proper

3   analysis.

4          Accordingly, IT IS HEREBY ORDERED that:

5        1.      The Findings and Recommendation, filed January 15, 2008  (Doc. 8), is

6                 ADOPTED IN FULL;

7        2.      This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

8        3.      The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

9        This order terminates the action in its entirety.

10

11   IT IS SO ORDERED.

12   **Dated:   March 6, 2008**              **/s/ Lawrence J. O'Neill**

13                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28